IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01978-WYD-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

CHRIS KENDRICK CONSTRUCTION; and
CHRIS KENDRICK,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal with Prejudice as to Count 1 of the Complaint, filed February 3, 2009 (docket #31). Having the reviewed the motion and the premises therein, it is hereby

ORDERED that Plaintiff's Unopposed Motion for Voluntary Dismissal with Prejudice as to Count 1 of the Complaint, filed February 3, 2009 (docket #31) is **GRANTED**. It is

FURTHER ORDERED that Count 1 of the Complaint is **DISMISSED WITH PREJUDICE.**

Dated: February 9, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge