IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01978-WYD-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

CHRIS KENDRICK CONSTRUCTION; and
CHRIS KENDRICK,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion To Amend Complaint *(doc. # 34)* is GRANTED. Plaintiff's Amended Complaint *(doc # 34-2)* and Exhibits *(doc. ## 34-3 to 34-5)*, all tendered to the court on February 13, 2009, are accepted for filing as of the date of this order.

**DATED:**    February 23, 2009